■ PATRICIA MONILE et al., Respondents, v ANTHONY BALESTER, Appellant.—Order unanimously reversed on the law without costs, motion granted and complaint dismissed. Memorandum: Supreme Court erred by holding that plaintiff made out a prima facie showing of serious injury sufficient to raise a triable issue of fact. Defendant sustained his burden of proving that plaintiff did not suffer from a medically determined injury, and plaintiff's subjective complaints of pain, unsupported by any competent medical evidence, are insufficient to establish a prima facie case of serious injury within the meaning of the Insurance Law (see, McKnight v LaValle, 147 AD2d 902, 903, lv denied 74 NY2d 605; Costa v Billingsley, 127 AD2d 990, 991; Doyle v Erie County Water Auth., 113 AD2d 1016). (Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present—Doerr, J. P., Green, Pine, Lawton and Davis, JJ.

■ In the Matter of the Estate of CHARLOTTE W. RIEGER, Deceased, Respondent. GLADYS VAUGHAN, Appellant. (Appeal No. 1.)—Order unanimously affirmed with costs for reasons stated in decision at Niagara County Surrogate's Court, DiFlorio, S. (Appeal from Order of Niagara County Surrogate's Court, DiFlorio, S.—Summary Judgment.) Present—Doerr, J. P., Green, Pine, Lawton and Davis, JJ.